**Order filed January 21, 2015**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————

**NO. 01-13-00947-CR**

————————

**GERMAIN LAWON DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1330760

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 29.

The exhibit clerk of the 182nd District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 29, on or before January 28, 2015. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 29, to the clerk of the 182nd District Court.

PER CURIAM